# Court of Appeals
# of the State of Georgia

ATLANTA,_ August 19, 2024 _____

*The Court of Appeals hereby passes the following order:*

**A24A1087. GREYSON O. SMITH-MCGOWAN v. JENNIFER BLAKE YOUNG.**

Counsel for appellant, Greyson O. Smith-McGowan, has notified this Court that appellant passed away on August 10, 2024. See Court of Appeals Rule 43 (a). Accordingly, this appeal is DISMISSED as MOOT. See *Dorsey v. State,* 272 Ga. 283 (528 SE2d 257) (2000); *Grogan v. State,* 248 Ga. 312 (283 SE2d 899) (1981).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_ 08/19/2024 _____*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*